AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas, Hou ▼

| | |
|---|---|
| ROKIT DRINKS LLC and ROK IMPORTS INC., ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 4:22-cv-01551 |
| LANDRY'S INC. and FERTITTA ENTERTAINMENT INC., ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fertitta Entertainment, Inc.

1510 West Loop South, Houston, TX 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith B. French, Keith B. French Law, PLLC, 2010 E. Broadway St., Suite 132, Pearland, Texas 77581; Courtney B. Warren, Law Office of Courtney Warren, PLLC, 402 Hunt Street, Houston, TX 77003.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: May 18, 2022

*s/ A. Michael*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-01551

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ROKIT DRINKS LLC and ROK IMPORTS INC.,** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**LANDRY'S INC. and FERTITTA ENTERTAINMENT INC.,** )<br>)<br>*Defendant* ) | Civil Action No. 4:22-cv-01551 |

## AFFIDAVIT OF SERVICE

I, Kievin Yates, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 24, 2022 at 12:57 pm. I delivered these documents on FERTITTA ENTERTAINMENT INC in Harris County, TX on May 25, 2022 at 11:11 am at 1510 W Loop S, Houston, TX 77027 by leaving the following documents with Valerie Williams who as Legal Department Administrator is authorized by appointment or by law to receive service of process for FERTITTA ENTERTAINMENT INC.

Summons
Plaintiff's Original Complaint

Additional Description:
I hand-delivered the documents to Valerie Williams, who was authorized to receive service on behalf of Registered Agent Steven L. Scheinthal.

White Female, est. age 50, glasses: Y, Blonde hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=29.75194742,-95.4564219
Photograph: See Exhibit 1

My full name is Kievin Yates. My date of birth is 6/7/1976. My address is 3232 Parkwood Dr., Houston, TX 77021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in   Harris County  ,
  TX    on   5/26/2022  .

/s/ *Kievin Yates*
Kievin Yates - +1 (281) 250-2562
Certification Number: PSC-11672
Expiration Date: 10/31/2022

# Exhibit 1


Exhibit 1a)

Exhibit 1b)

